UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ROBERT W. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:08-cv-17-RJC |
| SOLECTRON TECHNOLOGY, INC., | ) |
| Defendant. | ) |

Now before the Court is Plaintiff Johnson's Motion to Dismiss with Prejudice certain claims of his. (Doc. No. 9).

**IT IS HEREBY ORDERED THAT**, pursuant to Fed. R. Civ. Pro. 41(a)(2), Plaintiff's First Claim for Relief (pursuant to Article I, section 19 of the North Carolina Constitution), his Third Claim for Relief (pursuant to the Americans with Disabilities Act, 29 U.S.C. § 12111, et seq.), and all claims pursuant to N.C. Gen. Stat. § 75-1.1, which he alleges in Claims One, Two, Three and Four, **BE DISMISSED**.

**FURTHERMORE, IT IS HEREBY ORDERED** that Defendant's "Motion to Dismiss in Part" (Doc. No. 5) **BE DENIED AS MOOT**.

Signed: May 5, 2008

Robert J. Conrad, Jr.
Chief United States District Judge

1