UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-17

| | |
|---|---|
| ROBERT W. JOHNSON,<br>    Plaintiff, | )<br>)<br>) |
| v. | )     **ORDER** |
| SOLECTRON TECHNOLOGY, INC.,<br>    Defendant. | )<br>)<br>)<br>) |

This matter is before the Court upon its own motion.

On December 3, 2008, the parties advised the Court that they had settled, and the parties were notified to file an entry of judgment or a stipulation of dismissal within 30 days or the Court would dismiss the case with prejudice. The parties failed to file the requisite stipulation within the 30 days.

**IT IS THEREFORE ORDER THAT** the case is **DISMISSED WITH PREJUDICE**.

Signed: January 16, 2009

Robert J. Conrad, Jr.
Chief United States District Judge